UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

FRANK SENIOR, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

    v.

SPICEWELL INC.,

          Defendant.

------------------------------------ x

ECF CASE

No.: 1:25-cv-5544

## NOTICE OF SETTLEMENT

To The Honorable Court:

    The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
      February 5, 2025        Respectfully Submitted,

                                         **GOTTLIEB & ASSOCIATES PLLC**
                                         /s/ Michael A. LaBollita
                                         Michael A. LaBollita, Esq.

                                         Michael A. LaBollita (ML-9985)
                                         Jeffrey M. Gottlieb (JG-7905)
                                         Dana L. Gottlieb (DG-6151)
                                         GOTTLIEB & ASSOCIATES PLLC
                                         150 East 18th Street, Suite PHR
                                         New York, New York 10003
                                         Tel: 212.228.9795
                                         Fax: 212.982.6284
                                         Jeffrey@Gottlieb.legal
                                         Dana@Gottlieb.legal
                                         Michael@Gottlieb.legal
                                         *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge